UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :    INDICTMENT

        -v.-                    :    07CRIM. 679

LEONIDES RADHAMS MEDINA-ARAUJO, :
    a/k/a "Luis Rivera,"
    a/k/a "Rhadames Medina,"    :
    a/k/a "Radhames Medina,"
    a/k/a "Radames Medina,"     :
    a/k/a "El Gago Medina,"
    a/k/a "Jose Medina,"        :
    a/k/a "Juan Medina,"
    a/k/a "Julio Casado,"       :
    a/k/a "Nicolas
    Imbert-Perez,"              :

        Defendant.              :

- - - - - - - - - - - - - - - -x

## COUNT ONE

The Grand Jury charges:

From at least in or about December 2006, up to and including July 19, 2007, in the Southern District of New York and elsewhere, LEONIDES RADHAMS MEDINA-ARAUJO, a/k/a "Luis Rivera," a/k/a "Rhadames Medina," a/k/a "Radhames Medina," a/k/a "Radames Medina," a/k/a "El Gago Medina," a/k/a "Jose Medina," a/k/a "Juan Medina," a/k/a "Julio Casado," a/k/a "Nicolas Imbert-Perez, the defendant, being an alien, unlawfully, willfully, and knowingly did enter, and was found in, the United States after having been deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about March 15, 2002 in the United States District Court for the

Southern District of New York of interference with commerce by conspiracy to commit robbery in violation of Title 18, United States Code, Section 1951, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

LEONIDES RADHAMS MEDINA-ARAUJO,
a/k/a Luis Rivera,
a/k/a Rhadames Medina,
a/k/a Radhames Medina,
a/k/a Radames Medina,
a/k/a El Gago Medina,
a/k/a Jose Medina,
a/k/a Juan Medina,
a/k/a Julio Casado,
a/k/a Nicolas Imbert-Perez

Defendant.

---

INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

---

7/24/07 [handwritten notation, illegible] assigned to Judge Crotty for all purposes.