# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __NEW YORK__

UNITED STATES OF AMERICA

- v -

LEONIDES RHADAMS MEDINA-ARAUJO

Docket Number __07 CR. 679 (PAC)__

HONORABLE PAUL A. CROTTY
(District Court Judge)

Notice is hereby given that __the defendant LEONIDES RHADAMS MEDINA-ARAUJO__ appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✔]; order [ ]; other [ ]: _____
(specify)

entered in this action on __02/05/08__
(date)

Offense occurred after November 1, 1987    Yes [✔]    No [ ]

The appeal concerns: conviction only [ ]; sentence only [✔]; conviction and sentence [ ].

Date: __February 6, 2008__

TO:
CARRIE H. COHEN, ESQ.
AUSA
ONE ST. ANDREW'S PLAZA
NEW YORK, NY 10007

LEONIDES R. MEDINA-ARAUJO
REG. NO. 44737-054
MDC

ADD ADDTIONAL PAGE IF NECESSARY

__Barry Leiwant, Esq.__
(Counsel for Appellant)

Address: __Federal Defenders of New York, Inc.__

__52 Duane Street - 10th Floor__

__New York NY 10007__

Telephone Number __(212) 417-8700__

(TO BE COMPLETED BY ATTORNEY)    TRANSCRIPT INFORMATION - FORM B

| ►QUESTIONNAIRE | ►TRANSCRIPT ORDER | ► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
|---|---|---|
| [✔] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason:<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[ ] Pre-trial proceedings<br>[ ] Trial<br>[✔] Sentence   2/5/08<br>[ ] Post-trial proceedings | Dates |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ► Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature: STEVEN M. STATSINGER, ESQ.    DATE: FEBRUARY 6, 2008

► COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forward to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____    Signature _____
(Court Reporter)

COPY 1 - ORIGINAL