# MANDATE
## ORIGINAL

*SDNY- NYC*
*07-cr-679*
*Crotty*

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---------------------------------X

UNITED STATES OF AMERICA,     :     **S T I P U L A T I O N**

     - v -     :     **Docket No. 08-0652-cr**

**LEONIDES MEDINA-ARAUJO,**     :

     Appellant.     :

---------------------------------X

*[STAMP: UNITED STATES COURT OF APPEALS — FILED — JUN 0 2 2008]*

     It is hereby stipulated by and between the undersigned and with the approval of **LEONIDES MEDINA-ARAUJO** that the above captioned appeal is withdrawn.

Dated:  New York, New York
       May  **19**  , 2008

By: *[signature]*
**LEONIDES MEDINA-ARAUJO**

By: *[signature]*
**EDWARD S. ZAS, ESQ.**
Federal Defenders of New York, Inc.
Appeals Bureau
52 Duane Street, 10th Floor
New York, New York 10007
Tel. No.: (212) 417-8742

By: *[signature]* Carrie H. Cohen (by esz with permission)
**CARRIE H. COHEN, ESQ.**
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
Tel. No.: (212) 637-2264

**SO ORDERED:**

*[signature]* 6/2/08
**Date**

**FOR THE COURT:**
**CATHERINE O'HAGAN WOLFE,**
**By:** *[signature]*
**Judy Pisanont, Motions Staff Attorney**

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by: *[signature]*
Deputy Clerk

ISSUED AS MANDATE:
June 2, 2008